**Order entered August 18, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00467-CR

**JULIO CESAR SOTO-GALVAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32930CR**

## ORDER

Before the Court is the August 16, 2021 request of official court reporter Shannon N. Sudderth for an additional twenty days to file the reporter's record. In her request, Ms. Sudderth states the record is due August 16, 2021. Because a timely motion for new trial was filed, the record is due on October 15, 2021. In light of this, we **DENY** the request as premature.

/s/    DENNISE GARCIA
       JUSTICE